1  Tyree P. Jones, Jr., State Bar No. 127631
   Email: tpjones@reedsmith.com
2  REED SMITH LLP
3  1301 K Street, N.W.
   Suite 1100, East Tower
4  Washington, D.C. 20005
   Telephone (202) 414-9200
5  Facsimile (202) 414-9299

6  Christine A. Kohler, State Bar No. 211562
   Email: ckohler@reedsmith.com
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, California 90071
   Telephone (213) 457-8000
9  Facsimile (213) 457-8080

10 Attorneys for Defendant
   BANK OF AMERICA CORPORATION
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PRINCESS M. SOLOMON, an individual; | Case No. 12-CV-08257-DSF (AJWx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY DOCUMENTS AND RELATED INFORMATION** |
| BANK OF AMERICA CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  The Court, having considered the Stipulation and Protective Order Regarding
2  Confidentiality of Discovery Documents and Related Information, attached hereto as
3  Exhibit A and incorporated herein by this reference, hereby orders that the Stipulation
4  be entered as the order of this Court.

6  IT IS SO ORDERED.

/s/ Andrew J. Wistrich
8  DATED: July 17, 2013  _____
9  Hon. Andrew J. Wistrich
   UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –