JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS M. SOLOMON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-CV-08257-DSF (AJWx)<br><br>**JUDGMENT** |

    The Motion for Summary Judgment by Defendants Bank of America Corporation and Bank of American, N.A. was heard in this Court on August 19, 2013, the Honorable Dale S. Fischer presiding.

    The Court, after having read and considered the papers in support of and in opposition to Defendants' Motion for Summary Judgment, and having heard and considered the oral arguments presented by the parties in connection with this Motion, granted the motion.

    Therefore, IT IS ORDERED AND ADJUDGED that this action be dismissed in

1 | its entity with prejudice, and that each party shall bear her or its own costs.
2 |
3 |    IT IS SO ORDERED.
4 |
5 | DATED:  <u>August 21, 2013</u>
6 |
7 |                   _____
8 |                  Hon. Dale S. Fisher
                  United States District Judge